No. 82–5979. CRABTREE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–5980. LOSINNO ET AL. v. BAY STATE NATIONAL BANK. Ct. App. Mass. Certiorari denied.

No. 82–5981. HILSON v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL. Ct. Crim. App. Tex. Certiorari denied.

No. 82–5982. LUCIEN v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 82–5983. GADSON v. MELLEBY ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–5984. PAPPAGEORGE v. SUMNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 82–5985. WOJCIK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–5986. PENDARVIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 82–5990. JOHL v. JOHL ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–5991. KLAYER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–5993. MANKO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 82–5994. MORRIS v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.